**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Satwant Kumar,<br><br>        Petitioner,<br>vs.<br><br>David Kollus,<br><br>        Respondents. | No. CV-07-1753-PHX-PGR (HCE)<br><br>ORDER |

The petitioner having filed a Motion to Voluntarily Dismiss on April 24, 2008, wherein he requests that his Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 be dismissed as moot because he was removed to India on January 8, 2008, and Magistrate Judge Estrada having filed a Report and Recommendation wherein he recommends, without objection from any party, that the motion to dismiss be granted,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #13) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Motion to Voluntarily Dismiss (doc. #12) is granted and that the petitioner's Petition for Writ of Habeas

/ / /

/ / /

Corpus Pursuant to 28 U.S.C. § 2241 is dismissed with prejudice as moot.  The Clerk of the Court shall enter judgment accordingly.

DATED this 27th day of May, 2008.

*[signature]*
Paul G. Rosenblatt
United States District Judge